JAMES A. STEARMAN
Attorney at Law
Attorney Bar No. 78300
1235 North Harbor Boulevard
Suite 200
Fullerton, California 92632-1349
(714) 870-8501
FAX: (714) 871-5620

Attorney for Plaintiff
PARBALL CORPORATION, a Nevada corporation
doing business as BALLY'S/PARIS, LV

FILED
07 SEP -5 AM 9: 14

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARBALL CORPORATION, a Nevada corporation doing business as BALLY'S/PARIS, LV<br><br>Plaintiff<br><br>v.<br><br>OLI TEAS, an individual,<br><br>Defendant | CASE NUMBER: 07 MC 0418<br><br>REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER<br><br>[Rules 4.1(a) and 69(a), Fed. R. Civ. P.]<br><br>[No hearing required] |

Plaintiff PARBALL CORPORATION, a Nevada corporation doing business as BALLY'S/PARIS, LV, pursuant to the provisions of Rules 4.1(a) and 69(a) of the Federal Rules of Civil Procedure request that EXPRESS PROCESS SERVICE, a registered process server who is not a party to the within action, be authorized and appointed to serve the writs of execution and levies in the above case. The U.S. Marshals Service will remain the levying officer.

DATED: August 24, 2007

_____
JAMES A. STEARMAN
Attorney for Plaintiff

IT IS SO ORDERED:

Dated: 8/31/07

_____
JUDGE OF THE U.S. DISTRICT COURT

---

Case #07 MC 0418 | REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER